01
02
03
04
05
06
07
08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| TOMMIE SLACK, | ) | |
| Plaintiff, | ) | CASE NO. C12-0541-RAJ |
| | ) | |
| v. | ) | |
| | ) | ORDER DISMISSING § 1983 ACTION |
| JIM HAGGERTON, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

The court has reviewed the Report and Recommendation (Dkt. # 13) of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record. The court notes that Plaintiff did not object to the Report and Recommendation. The court orders as follows:

(1) The court adopts the Report and Recommendation;

(2) The court GRANTS Plaintiff's motion to voluntarily dismiss this case (Dkt. 12) and DENIES his request that the court stay the case;

(3) The court DISMISSES this case without prejudice; and

ORDER DISMISSING § 1983 ACTION
PAGE -1

01     (4)    The court directs the clerk to send copies of this order to Plaintiff and to Judge

02 Theiler.

03     DATED this 16th day of July, 2012.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER DISMISSING § 1983 ACTION
PAGE -2