01
02
03
04
05
06
07  UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
08  AT SEATTLE

TOMMIE SLACK,                                    )
09                                               )  CASE NO. C12-0541-RAJ
          Plaintiff,                             )
10                                               )
          v.                                     )
11                                               )  ORDER DISMISSING § 1983 ACTION
JIM HAGGERTON, et al.,                           )
12                                               )
          Defendants.                            )
13  _____      )

14
        The court has reviewed the Report and Recommendation (Dkt. # 13) of the Honorable
15
    Mary Alice Theiler, United States Magistrate Judge, and the balance of the record.   The court
16
    notes that Plaintiff did not object to the Report and Recommendation.   The court orders as
17
    follows:
18
        (1)      The court adopts the Report and Recommendation;
19
        (2)      The court GRANTS Plaintiff's motion to voluntarily dismiss this case (Dkt. 12)
20
    and DENIES his request that the court stay the case;
21
        (3)      The court DISMISSES this case without prejudice; and
22

ORDER DISMISSING § 1983 ACTION
PAGE -1

01   (4)  The court directs the clerk to send copies of this order to Plaintiff and to Judge

02 Theiler.

03   DATED this 16th day of July, 2012.

04

05                 _____

06                 The Honorable Richard A. Jones
                  United States District Court Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DISMISSING § 1983 ACTION
PAGE -2